Peter M.K. Frost, *application for pro hac vice pending*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471
Fax: 541-485-2457
frost@westernlaw.org

Marc D. Fink, *application for pro hac vice pending*
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
mfink@biologicaldiversity.org

Lisa T. Belenky (CA Bar No. 203225)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, California 94103
Tel: 415-436-9682 x 307
Fax: 415-436-9683
lbelenky@biologicaldiversity.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al* | Case No: C 01-0728-MJJ |
| Plaintiffs, | Related Case No: C 07-3831-SC |
| v. | ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| UNITED STATES DEPARTMENT OF AGRICULTURE, and UNITES STATES FOREST SERVICE, | |
| Defendants. | |

ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED                        Page 1

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs Citizens for Better Forestry *et al.* submit this Administrative Motion to Consider Whether Cases Should Be Related. Pursuant to Local Rule 7-11, counsel for Plaintiffs in the newly-filed case *Citizens for Better Forestry, et al. v. U.S. Dept. of Agriculture, et al.*, C 07-3831-SC (N.D. Cal., July 26, 2007), contacted counsel for Defendants in the earliest filed related case, *Citizens for Better Forestry, et al. v. U.S. Dept. of Agriculture*, C 01-0728-MJJ. *See* July 30, 2007, Declaration of Marc D. Fink, ¶ 3. Counsel for Defendants stated that Defendants do not oppose relating the newly filed case to the case challenging the 2000 National Forest Management Act regulations (*Citizens for Better Forestry v. U.S. Department of Agriculture*, C 01-0728-MJJ), but that Defendants do not believe the new case is related to the two cases challenging the 2005 National Forest Management Act regulations (*Citizens for Better Forestry, et al. v. U.S. Dept. of Agriculture*, C 05-1144-PJH and *Defenders of Wildlife, et al. v. Mike Johanns, et al.*, C 04-4512-PJH) and therefore oppose relating the new case to those two cases. *Id.*

Civil Local Rule 3-12(a) provides that cases are related to one another when:

> (1) The actions concern substantially the same parties, property, transaction or event; and
>
> (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Civil L.R. 3-12(a)(1) and (2). The newly-filed case, *Citizens for Better Forestry, et al. v. U.S. Dept. of Agriculture, et al.*, C 07-3831-SC (N.D. Cal., July 26, 2007), challenges the United States Department of Agriculture and United States Forest Service's ("USDA") April 27, 2007, decision to reinstate and implement the 2000 National Forest Management Act ("NFMA") regulations. Plaintiffs believe that the new case is related to three earlier filed cases in this Court that challenge regulations prepared by USDA pursuant to NFMA:

1. *Citizens for Better Forestry, et al. v. U.S. Dept. of Agriculture*, C 01-0728-MJJ
2. *Citizens for Better Forestry, et al. v. U.S. Dept. of Agriculture*, C 05-1144-PJH
3. *Defenders of Wildlife, et al. v. Mike Johanns, et al.*, C 04-4512-PJH

The two earlier *Citizens for Better Forestry* cases involve substantially the same plaintiffs, and all three related cases involve substantially the same defendants as the newly-filed action. Civil L.R. 3-12(a)(1). In addition, all of the cases involve decisions and rules concerning nationwide regulations prepared by USDA pursuant to NFMA. *Id*. The earliest-filed case, *Citizens for Better Forestry, et al. v. U.S. Dept. of Agriculture*, C 01-0728-MJJ, involves a challenge to USDA's 2000 NFMA regulations, while the two other related cases, *Citizens for Better Forestry, et al. v. U.S. Dept. of Agriculture*, C 05-1144-PJH and *Defenders of Wildlife, et al. v. Mike Johanns*, et al., C 04-4512-PJH, both involved challenges to USDA's 2005 NFMA regulations. The newly-filed case challenges USDA's decision to reinstate the 2000 NFMA regulations (the same regulations that were before Judge Jenkins in *Citizens for Better Forestry*, C 01-0728-MJJ), in response to Judge Hamilton's March 30, 2007, decision enjoining implementation of the 2005 regulations in *Citizens for Better Forestry*, C 05-1144-PJH and *Defenders of Wildlife*, C 04-4512-PJH.

Pursuant to Civil Local Rule 3-12(a)(2), it is likely there would be an unduly burdensome duplication of labor and expense, and potentially conflicting results, if the newly-filed case is heard before a different Judge. Civil L.R. 3-12(a)(2). The new case presents two claims for relief, alleging that USDA violated the Administrative Procedure Act and National Environmental Policy Act by reinstating and implementing the 2000 NFMA regulations, which have already been found by this Court and the United States Court of Appeals for the Ninth Circuit to be unlawful. *See Citizens for Better Forestry v. U.S. Dept. of Agriculture*, 341 F.3d 961 (9th Cir. 2003). Judge Jenkins in *Citizens for Better Forestry*, C 01-0728-MJJ, already extensively reviewed the Ninth Circuit's decision regarding the 2000 NFMA regulations in resolving the plaintiffs' motion for attorney fees and costs. In addition, the plaintiffs arguments concerning the 2005 NFMA regulations in *Citizens for Better Forestry*, C 05-1144-PJH and *Defenders of Wildlife*, C 04-4512-PJH, relied significantly on the Ninth Circuit decision regarding the 2000 NFMA regulations.

Judge Jenkins and Judge Hamilton are familiar with NFMA, the Forest Service's implementing regulations, and the procedural legal issues concerning the regulations. Because the

newly-filed case involves substantially the same parties as the earlier cases, and involves substantially similar factual issues and questions of law, Plaintiffs believe the cases are related and that the newly-filed case should be assigned to one of the judges in the three related cases that are identified herein.

Dated this 30th day of July, 2007.

Respectfully submitted,

/s/ Lisa T. Belenky
Lisa T. Belenky (CA Bar No. 203225)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, California 94103
Tel: 415-436-9682 x 307
Fax: 415-436-9683
lbelenky@biologicaldiversity.org

Attorney of Record for Plaintiffs