Peter M.K. Frost, *application for pro hac vice pending*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471
Fax: 541-485-2457
frost@westernlaw.org

Marc D. Fink, *application for pro hac vice pending*
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
mfink@biologicaldiversity.org

Lisa T. Belenky (CA Bar No. 203225)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, California 94103
Tel: 415-436-9682 x 307
Fax: 415-436-9683
lbelenky@biologicaldiversity.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al* | Case No: C 01-0728-MJJ |
| Plaintiffs, | Related Case No: C 07-3831-SC |
| v. | DECLARATION OF MARC D. FINK RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| UNITED STATES DEPARTMENT OF AGRICULTURE, and UNITES STATES FOREST SERVICE, | |
| Defendants. | |

DECLARATION OF MARC D. FINK                                                                 Page 1

I, Marc D. Fink, declare as follows:

1. I am an attorney with the Center for Biological Diversity. I am licensed to practice in Minnesota, Idaho, and Oregon, and have filed an application to appear *pro hac vice* in the newly filed case, *Citizens for Better Forestry, et al. v. U.S Department of Agriculture*, et al., C 07-3831-SC.

2. Because the newly filed case is related to other cases in this Court, the plaintiffs are filing, in the earliest-filed related case, an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12. This administrative motion is to be filed pursuant to Civil Local Rule 7-11, which requires the moving party to contact the opposing party's counsel regarding the possibility of agreeing to a stipulation.

3. On July 26, 2007, I left a voice message for Andrew Smith, attorney for defendants in the earliest-filed related case, *Citizens for Better Forestry v. U.S. Department of Agriculture*, C 01-0728-MJJ, and explained that we had filed a new case, and that we were going to file an Administrative Motion to Consider Whether Cases Should be Related. On July 27, 2007, Mr. Smith responded that defendants do not oppose relating the newly filed case to the case challenging the 2000 National Forest Management Act regulations (*Citizens for Better Forestry v. U.S. Department of Agriculture*, C 01-0728-MJJ), but that defendants do not believe the new case is related to the two cases challenging the 2005 National Forest Management Act regulations (*Citizens for Better Forestry, et al. v. U.S. Dept. of Agriculture*, C 05-1144-PJH and *Defenders of Wildlife, et al. v. Mike Johanns*, *et al.*, C 04-4512-PJH) and therefore oppose relating the new case to those two cases.

In accordance with 28 U.S.C. § 1746 and under penalty of perjury, the foregoing is true and correct. Dated this 30th day of July, 2007, in Duluth, Minnesota.

/s/ Marc D. Fink
Marc D. Fink, *application for pro hac vice pending*
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
mfink@biologicaldiversity.org