Peter M.K. Frost, *application for pro hac vice pending*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471
Fax: 541-485-2457
frost@westernlaw.org

Marc D. Fink, *application for pro hac vice pending*
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
mfink@biologicaldiversity.org

Lisa T. Belenky (CA Bar No. 203225)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, California 94103
Tel: 415-436-9682 x 307
Fax: 415-436-9683
lbelenky@biologicaldiversity.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al* | Case No: C 01-0728-MJJ |
| Plaintiffs, | Related Case No: C 07-3831-SC |
| v. | [PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| UNITED STATES DEPARTMENT OF AGRICULTURE, and UNITES STATES FOREST SERVICE, | |
| Defendants. | |

ORDER RE: ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED     Page 1

1  The Court has considered the Administrative Motion to Consider Whether Cases Should
2  be Related and concludes that the newly filed case, *Citizens for Better Forestry, et al. v. U.S.*
3  *Department of Agriculture, et al.*, C-07-3831-SC is most closely related to the plaintiffs'
4  challenge to the 2000 National Forest Management Act regulations in *Citizens for Better Forestry,*
5  *et al. v. U.S. Department of Agriculture, et al.*, C 01-0728-MJJ.  The case will be reassigned
6  accordingly.

Date: _____          _____
                                MARTIN J. JENKINS
                                United States District Judge