Peter M.K. Frost, *application for pro hac vice pending*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471
Fax: 541-485-2457
frost@westernlaw.org

Marc D. Fink, *application for pro hac vice pending*
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
mfink@biologicaldiversity.org

Lisa T. Belenky (CA Bar No. 203225)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, California 94103
Tel: 415-436-9682 x 307
Fax: 415-436-9683
lbelenky@biologicaldiversity.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al* ) | Case No: C 01-0728-MJJ |
| ) | |
| Plaintiffs, ) | Related Case No: C 07-3831-SC |
| ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ) | |
| UNITED STATES DEPARTMENT OF ) AGRICULTURE, and UNITES STATES FOREST ) SERVICE, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Civil Local Rules 5-6 and 3-12(b), I certify that on July 30, 2007, Plaintiffs served a copy of the Administrative Motion to Consider Whether Cases Should be Related, along with the Declaration of Marc D. Fink and Proposed Order, upon the following parties by electronic mail:

Andrew Smith (andrew.smith@usdoj.gov)
Cynthia Huber (cynthia.huber@usdoj.gov)

Counsel for Federal Defendants in *Citizens for Better Forestry, et al v. U.S. Dept. of Agriculture*, Civ. No. 01-0728; *Citizens for Better Forestry, et al. v. U.S. Dept. of Agriculture*, Civ. No. 05-1144 and *Defenders of Wildlife, et al. v. Mike Johanns, et al.*, Civ. No. 04-4512

J. Michael Klise (jmklise@crowell.com)
Thomas R. Lundquist (tlundquist@crowell.com)

Counsel for Defendant-Intervenors in *Citizens for Better Forestry, et al. v. U.S. Dept. of Agriculture*, Civ. No. 05-1144 and *Defenders of Wildlife, et al. v. Mike Johanns, et al.*, Civ. No. 04-4512

Trent Orr (torr@earthjustice.org)
Michael Leahy (mleahy@defenders.org)
Tim Preso (tpreso@earthjustice.org)

Counsel for Plaintiffs in *Defenders of Wildlife, et al. v. Mike Johanns, et al.*, Civ. No. 04-4512

Raissa Lerner (raissa.lerner@doj.ca.gov)

Counsel for the State of California in *Defenders of Wildlife, et al. v. Mike Johanns, et al.*, Civ. No. 04-4512

Dated this 30th day of July, 2007.                    Respectfully submitted,

/s/ Lisa T. Belenky
Lisa T. Belenky (CA Bar No. 203225)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, California 94103
Tel: 415-436-9682 x 307
Fax: 415-436-9683
lbelenky@biologicaldiversity.org

Attorney of Record for Plaintiffs