**FILED**

**ORIGINAL**

JUL 30 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SC

UNITED STATES DISTRICT COURT
Northern District of California

| | |
|---|---|
| Citizens for Better Forestry, Environmental Protection Info. Center, Center for Biological Diversity, et al., | **C 07 3831** CASE NO. |
| Plaintiff(s), | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| United States Department of Agriculture, and United States Forest Service | |
| Defendant(s). | |

Marc D. Fink ☒, an active member in good standing of the bar of

Minnesota Supreme Court ☒ whose business address and telephone number

(particular court to which applicant is admitted)

is

Center for Biological Diversity, 4515 Robinson Street, Duluth, Minnesota 55804
Tel: 218-525-3884

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Center for Biological Diversity ☒.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/30/07

_____
United States ~~Magistrate~~ District Judge

UNITED STATES DISTRICT COURT
For the Northern District of California