**ORIGINAL FILED**

JUL 3 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**C 07 3831 SC**

UNITED STATES DISTRICT COURT

Northern District of California

Center for Biological Diversity, et al.

Plaintiff(s),

v.

U.S. Department of Agriculture, et al.

Defendant(s).

CASE NO.

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Peter M.K. Frost , an active member in good standing of the bar of State of Oregon whose business address and telephone number (particular court to which applicant is admitted) is

Western Environmental Law Center, 1216 Lincoln Street, Eugene, Oregon, 97401, phone (541) 485-2471

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/30/07

United States ~~Magistrate~~ District Judge