RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

ANDREW A. SMITH
Trial Attorney (SBN 8341 (NM))
U.S. Department of Justice
Natural Resources Section
c/o U.S. Attorneys Office, P.O. Box 607
Albuquerque, New Mexico 87103
Tel: (505) 224-1468
Fax: (505) 346-7205
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, and UNITES STATES FOREST SERVICE,<br><br>　　Federal Defendants. | Civ. No. 07-cv-03831 SC (BZ)<br><br>**FEDERAL DEFENDANTS' NOTICE OF ENTRY OF APPEARANCE** |

　　On behalf of Federal Defendants, the United States hereby gives notice of the entry of appearance of Andrew A. Smith as lead counsel of record for the United States. Mr. Smith's contact information is as follows:

　　　　<u>For Deliveries by U.S. Mail</u>

　　　　**Andrew A. Smith**
　　　　United States Department of Justice
　　　　Environment & Natural Resources Division
　　　　c/o United States Attorneys Office
　　　　P.O. Box 607
　　　　Albuquerque, New Mexico 87103

1     <u>For Overnight or Hand Deliveries</u>

2     **Andrew A. Smith**
United States Department of Justice
3     Environment & Natural Resources Division
c/o United States Attorneys Office
4     201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102

<u>Telephone</u>:   (505) 224-1468

<u>Facsimile</u>:   (505) 346-7205

<u>Electronic Mail</u>:   andrew.smith@usdoj.gov

DATED this 8th day of August, 2007.   Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

 /s/ Andrew A. Smith
ANDREW A. SMITH
Trial Attorney (NM Bar #8341)
Natural Resources Section
c/o U.S. Attorneys Office
P.O. Box 607
Albuquerque, New Mexico 87103
Tel: (505) 224-1468 / Fax: (505) 346-7205

### CERTIFICATE OF SERVICE

   I hereby certify that service of a copy of the foregoing "Federal Defendants' Notice of Entry of Appearance" has been effected electronically on counsel of record as a result of my having filed the referenced documents via the Court's Electronic Case Filing System this 8th day of August, 2007.

      s/ Andrew A. Smith
      Andrew A. Smith