1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  ANDREW A. SMITH (SBN 8341 (NM))
   United States Department of Justice
3  Environment & Natural Resources Division
   c/o United States Attorney's Office
4  P.O. Box 607
   Albuquerque, New Mexico 87103
5  Telephone No: (505) 224-1468
   Facsimile No: (505) 346-7205
6
7  Attorneys for Federal Defendants

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | CITIZENS FOR BETTER FORESTRY, THE ECOLOGY CENTER, GIFFORD PINCHOT TASK FORCE, KETTLE RANGE CONSERVATION GROUP, IDAHO SPORTING CONGRESS, FRIENDS OF THE CLEARWATER, UTAH ENVIRONMENTAL CONGRESS, CASCADIA WILDLANDS PROJECT, KLAMATH SISKIYOU WILDLANDS CENTER, SOUTHERN APPALACHIAN BIODIVERSITY PROJECT, HEADWATERS, and THE LANDS COUNCIL, | Case No. 01-cv-0728-MJJ
   | | Related Case No. 07-cv-03831 SC
   | | FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' JULY 30, 2007 "ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED"

                    Plaintiffs,

           v.

   UNITED STATES DEPARTMENT OF AGRICULTURE, and UNITES STATES FOREST SERVICE,

                    Defendants.

Federal Defendants, by and through undersigned counsel of record, hereby respond to Plaintiffs' July 30, 2007 "Administrative Motion to Consider Whether Cases Should Be Related," Dkt. No. 168 (Dkt. No. 12 in 07-cv-03831 SC), as follows:

1.      Plaintiffs seek to have a recently filed case in this District, <u>Citizens for Better Forestry, et al. v. U.S. Dept. of Agriculture, et al.</u>, C 07-3831-SC, related to the above-captioned case. Federal Defendants do not oppose the relation of these two cases because they involve the same parties and

Page

1  both challenge the United States Department of Agriculture's ("USDA's") 2000 Forest Service

2  Planning Rule. Because the new case is likely to raise many of the same issues relating to the 2000

3  Rule that this Court considered in the earlier case, transferring the new case to the Honorable Martin

4  J. Jenkins may eliminate some duplication of effort on the part of the Court.

5    2. Plaintiffs also assert that this case is related to two other cases in this District, <u>Citizens

6  for Better Forestry, et al. v. U.S. Dept. of Agriculture</u>, C 05-1144-PJH and <u>Defenders of Wildlife,

7  et al. v. Mike Johanns, et al.</u>, C 04-4512-PJH, which were decided by the Honorable Phyllis J.

8  Hamilton. Although Plaintiffs' Motion and accompanying proposed order do not actually seek to

9  relate the new case to the two cases before Judge Hamilton, Plaintiffs' motion does suggest that the

10 new case would appropriately be related to these two cases and transferred to Judge Jenkins *or* Judge

11 Hamilton. Pls. Mot. at 3-4. The two cases before Judge Hamilton, however, involved challenges to

12 USDA's *2005* Forest Planning Rule, not the 2000 Rule.[1] Although Plaintiffs state that Judge

13 Hamilton is familiar with "NFMA, the Forest Service's implementing regulations, and the procedural

14 legal issues concerning the regulations," the same can be said for several judges in this District and

15 is not an appropriate basis for relating cases. Therefore, under the standards set forth in Civil L.R.

16 3-12(a), the new case is not related to C 05-1144-PJH and C 04-4512-PJH.

17   FOR THE FOREGOING REASONS, Federal Defendants do not oppose relating the new

18 case, C 07-3831-SC, to the above-captioned case, C 01-0728-MJJ, but oppose relating it to C 05-

19 1144-PJH and C 04-4512-PJH. In accordance with Civil L.R. 3-12(a), therefore, the new case, C

20 07-3831-SC, should be reassigned to the Honorable Martin J. Jenkins.

22   Respectfully submitted this 8th day of August, 2007.

    **For Federal Defendants:**

    RONALD J. TENPAS
    Acting Assistant Attorney General

    /S/ ANDREW A. SMITH

---

[1] In addition to not involving challenges to the 2000 Rule, the <u>Defenders</u> case also did involve the same Plaintiffs.

ANDREW A. SMITH
United States Department of Justice

**CERTIFICATE OF SERVICE**

    I hereby certify that service of a copy of the foregoing "Federal Defendants' Response to Plaintiffs' July 30, 2007 'Administrative Motion to Consider Whether Cases Should Be Related'" has been effected electronically on counsel of record as a result of my having filed the referenced documents via the Court's Electronic Case Filing System (or by electronic mail on counsel in C 05-1144-PJH and C 04-4512-PJH) this 8th day of August, 2007.

                                                _s/ Andrew A. Smith_
                                                Andrew A. Smith