1  Peter M.K. Frost, *application for pro hac vice pending*
   Western Environmental Law Center
2  1216 Lincoln Street
   Eugene, Oregon 97401
3  Tel: 541-485-2471
   Fax: 541-485-2457
4  frost@westernlaw.org

5  Marc D. Fink, *application for pro hac vice pending*
   Center for Biological Diversity
6  4515 Robinson Street
   Duluth, Minnesota 55804
7  Tel: 218-525-3884
   Fax: 218-525-3857
8  mfink@biologicaldiversity.org

9  Lisa T. Belenky (CA Bar No. 203225)
   Center for Biological Diversity
10 1095 Market St., Suite 511
   San Francisco, California 94103
11 Tel: 415-436-9682 x 307
   Fax: 415-436-9683
12 lbelenky@biologicaldiversity.org

13 Attorneys for Plaintiffs

14                    UNITED STATES DISTRICT COURT FOR THE

15                        NORTHERN DISTRICT OF CALIFORNIA

16                             SAN FRANCISCO DIVISION

17                                              )  Case No: C 07-3831-MJJ
   CITIZENS FOR BETTER FORESTRY, *et al*        )
18                                              )
                  Plaintiffs,                   )  PROOF OF SERVICE OF SUMMONS,
19                                              )  COMPLAINT AND OTHER
                   v.                           )  DOCUMENTS
20                                              )
   UNITED STATES DEPARTMENT OF                  )
21 AGRICULTURE, and UNITES STATES               )
   FOREST SERVICE,                              )
22                                              )
                 Defendants.                    )
23                                              )
                                                )
24

25

26

27

28

Proof of Service of Summons, Complaint etc.
Case No: C 07-3831-MJJ

A copy of the Summons addressed to each Defendant, attached hereto as Exhibit A, and a copy of the Complaint in this matter were served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, by sending a copy of the Summons and Complaint via registered mail, return receipt requested, on July 26, 2007, to the following:

| | |
|---|---|
| U.S. Department of Agriculture<br>14000 Independence Ave, S.W.<br>Washington, D.C. 20250 | U. S. Attorney General Alberto Gonzales<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| United States Forest Service<br>1400 Independence Ave., S.W.<br>Washington, D.C. 20250 | Civil Process Clerk for<br>United States Attorney's Office<br>450 Golden Gate Ave., 11th Floor<br>San Francisco, CA 94102 |

The documents were received on July 31, 2007, August 1, 2007, July 31, 2007, and July 27, 2007, respectively. A declaration of proof of service for each of the Summonses for each Defendant was executed on the Return of Service section of each Summons (see Exhibit A). Along with the Summons and Complaint in this matter, copies of the following documents were served on each of the Defendants and the U.S. Attorney as listed above:

1. Civil Cover Sheet filed July 26, 2007;

2. Certification of Interested Entities or Persons filed July 26, 2007;

3. Applications and Orders for Admission of Attorney Pro Hac Vice for both Mark Fink and Peter Frost filed July 26, 2007;

4. U.S. District Court for Northern California ECF Registration Information Handout

5. Notice of Availability of Magistrate Judge;

6. U.S. District Court for Northern California, San Francisco, Filing Guidelines;

7. Order Setting Initial Case Management Conference and ADR Guidelines.

DATED: August 28, 2007          Respectfully submitted,

 /s/ Lisa T. Belenky
Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103

Attorney for Plaintiffs

# United States District Court **ORIGINAL**
### NORTHERN DISTRICT OF CALIFORNIA

Citizens for Better Forestry, et al.

v.

United States Department of Agriculture, and
United States Forest Service

**SUMMONS IN A CIVIL CASE** **SC**

CASE NUMBER:

**C 07 3831**

TO: (Name and address of defendant)

United States Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC  20250

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter M.K. Frost
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon  97401



an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

**ANNA SPRINKLES**

DATE  JUL 2 6 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: July 26, 2007

Name of SERVER: Lisa T. Belenky

TITLE: Staff Attorney

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served in accordance with FRCP 4(i) Certified U.S. mail return receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 26, 2007
               Date

Signature of Server: Lisa T. Belenky

Address of Server: 1095 Market St. Suite 511, San Francisco, CA 94103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**ORIGINAL**

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Citizens for Better Forestry, et al.

v.

United States Department of Agriculture, and
United States Forest Service

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C 07 3831 SC**

TO: (Name and address of defendant)

United States Forest Service
1400 Independence Ave., S.W.
Washington, DC 20250

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter M.K. Frost
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK  ANNA SPRINKLES

DATE  JUL 2 6 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE July 26, 2007 |
| Name of SERVER Lisa T Belenky | TITLE Staff attorney |

Check one box below to indicate appropriate method of service

☐  Served Personally upon the Defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☑  Other (specify): served in accordance with Rule 4(i) FRCP. Certified U.S. mail return receipt

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 26, 2007
Date

Signature of Server   Lisa T Belenky

Address of Server   1095 Market St suite 511
San Francisco, CA 94103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court ORIGINAL
NORTHERN DISTRICT OF CALIFORNIA

Citizens for Better Forestry, et al.

v.

United States Department of Agriculture, and
United States Forest Service

SUMMONS IN A CIVIL CASE   **SC**

CASE NUMBER:

# C 07 3831

TO: (Name and address of defendant)

Alberto Gonzales, U.S. Attorney General
U.S. Deptartment of Justice
950 Pennsylvania Ave., N.W.
Washington DC  20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter M.K. Frost
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon  97401

an answer to the complaint which is herewith served upon you, within  60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK  ANNA SPRINKLES

DATE  JUL 2 6 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

DATE: July 26, 2007

Service of the Summons and Complaint was made by me [1]

Name of SERVER: Lisa T. Belenky

TITLE: Staff Attorney

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served in accordance with FRCP 4(i) Certified U.S. mail return receipt.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 26, 2007
Date

Signature of Server: Lisa T. Belenky

Address of Server: 1095 Market St. Suite 511, San Francisco, CA 94103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**ORIGINAL**

# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

Citizens for Better Forestry, et al.

v.

United States Department of Agriculture, and
United States Forest Service

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **SC**

**C 07 3831**

TO: (Name and address of defendant)

Civil Process Clerk
United States Attorney's Office
450 Golden Gate Ave., 11th Floor
San Francisco, California 94102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter M.K. Frost
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_(signature)_
(BY) DEPUTY CLERK
ANNA SPRINKLES

DATE **JUL 26 2007**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE July 26, 2007 |
| Name of SERVER Lisa T. Belenky | TITLE Staff Attorney |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served in accordance with Rule 4(i) Certified U.S. mail; return receipt

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 26, 2007          Lisa T. Belenky
              Date                    Signature of Server

                                      1095 Market St, Suite 511
                                      Address of Server
                                      San Francisco, CA 94103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure