Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471
Fax: 541-485-2457
frost@westernlaw.org

Marc D. Fink, *pro hac vice*
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Lisa T. Belenky
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103
Tel: 415-436-9682 x 307
Fax: 415-436-9683
lbelenky@biologicaldiversity.org

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*, | Civ. No. 07-3831-MJJ |
| Plaintiffs, | PARTIES' STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | |
| Defendants. | |

1    Plaintiffs Citizens for Better Forestry *et al.* and Defendants United States Department of
2    Agriculture *et al.* hereby stipulate to and respectfully request that the Court vacate the current
3    date for the case management conference, and re-set it for two weeks later.

4    The case management conference is currently scheduled for Tuesday, Nov. 27, 2007, at
5    2:00 p.m. However, the parties have requested but not yet participated in an ADR call. Further,
6    the parties anticipate that they may be able to reach agreement on many if not all matters to be
7    addressed in the case management statement required under Local Rule 16-9. *See* Declaration of
8    Marc D. Fink. If so, the Court may then determine whether to hold a case management
9    conference.

10    Accordingly, the parties respectfully request that the Court vacate the current date for the
11    case management conference, and re-set it for Tuesday, December 11, 2007, at 2:00 p.m. The
12    parties' Joint Case Management Statement would be provided to the Court no later than
13    December 4, 2007.

14    Dated: November 16, 2007.                    Respectfully submitted,

16                                                /s/ Marc D. Fink
                                                  Marc D. Fink, *pro hac vice*
                                                  Attorney for Plaintiffs

18                                                /s/ Andrew A. Smith
                                                  Andrew A. Smith
19                                                Attorney for Defendants

21    Pursuant to the stipulation of the parties, IT IS SO ORDERED.

23    Dated: November __, 2007.                   _____
                                                  Martin J. Jenkins
24                                                UNITED STATES DISTRICT JUDGE

1  Peter M.K. Frost, *pro hac vice*
   Western Environmental Law Center
2  1216 Lincoln Street
   Eugene, Oregon 97401
3  Tel: 541-485-2471; Fax: 541-485-2457
   frost@westernlaw.org
4
   Marc D. Fink, *pro hac vice*
5  Center for Biological Diversity
   4515 Robinson Street
6  Duluth, Minnesota 55804
   Tel: 218-525-3884; Fax: 218-525-3857
7  marc@marcdfink.com

8  Lisa T. Belenky
   Center for Biological Diversity
9  1095 Market Street, Suite 511
   San Francisco, CA 94103
10 Tel: 415-436-9682 x 307; Fax: 415-436-9683
   lbelenky@biologicaldiversity.org
11
   Attorneys for Plaintiffs
12

13

**IN THE UNITED STATES DISTRICT COURT**
14  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
15

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*, | Civ. No. 07-3831-MJJ |
| Plaintiffs, | DECLARATION OF MARC D. FINK |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| 1 | I, Marc D. Fink, declare as follows: |
| 2 | 1.  I am an attorney for Plaintiffs in the above captioned case. |
| 3 | 2.  The parties are in communication and anticipate that we may be able to reach |
| 4 | agreement on many if not all matters to be addressed in the case management statement required |
| 5 | under Local Rule 16-9.  The parties would like an additional couple of weeks to continue our |
| 6 | attempt to reach agreement on the scheduling and other matters to be included in the case |
| 7 | management statement, and to be addressed at the case management conference. |
| 8 | I declare under penalty of perjury under the laws of the United States of America that the |
| 9 | foregoing is true and correct. |
| 10 | Executed on November 16th, 2007, in Duluth, Minnesota. |

/s/ Marc D. Fink
Marc D. Fink, *pro hac vice*
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

DECLARATION OF MARC D. FINK, Civ. No. 07-3831-MJJ                                       Page 2