```
RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

ANDREW A. SMITH
Trial Attorney (SBN 8341 (NM))
U.S. Department of Justice
Natural Resources Section
c/o U.S. Attorneys Office, P.O. Box 607
Albuquerque, New Mexico 87103
Tel: (505) 224-1468
Fax: (505) 346-7205
andrew.smith@usdoj.gov
```

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, <u>et</u> <u>al.</u>,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, and UNITED STATES FOREST SERVICE,<br><br>    Federal Defendants. | Civ. No. 07-cv-03831 MJJ<br><br>**FEDERAL DEFENDANTS' ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

| | | |
|---|---|---|
| 1 | Dated: 11/15/2007 | /s/ Gloria Manning by Andrew A. Smith |
| 2 | | GLORIA MANNING<br>Associate Deputy Chief |
| 3 | | National Forest System, Forest Service<br>U.S. Department of Agriculture |
| 4 | Dated: 11/20/2007 | /s/ Andrew A. Smith |
| 5 | | ANDREW A. SMITH<br>Trial Attorney |
| 6 | | U.S. Department of Justice |
| 7 | | |
| 8 | DATED this 20th day of November, 2007. | Respectfully submitted, |
| 9 | | RONALD J. TENPAS<br>Acting Assistant Attorney General |
| 10 | | Environment and Natural Resources Division |
| 11 | | /s/ Andrew A. Smith<br>ANDREW A. SMITH |
| 12 | | Trial Attorney (NM Bar #8341)<br>Natural Resources Section |
| 13 | | c/o U.S. Attorneys Office<br>P.O. Box 607 |
| 14 | | Albuquerque, New Mexico 87103<br>Tel: (505) 224-1468 / Fax: (505) 346-7205 |

**CERTIFICATE OF SERVICE**

    I hereby certify that service of a copy of the foregoing document(s) has been effected electronically on counsel of record as a result of my having filed the referenced document(s) via the Court's Electronic Case Filing System this 20th day of November, 2007.

                                                                  s/ Andrew A. Smith
                                                                   Andrew A. Smith