Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471
Fax: 541-485-2457
frost@westernlaw.org

Marc D. Fink, *pro hac vice*
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Lisa T. Belenky
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103
Tel: 415-436-9682 x 307
Fax: 415-436-9683
lbelenky@biologicaldiversity.org

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | Civ. No. 07-3831-MJJ <br><br> PARTIES' STIPULATION AND ~~[PROPOSED]~~ ORDER RE: CASE MANAGEMENT CONFERENCE |

1  Plaintiffs Citizens for Better Forestry *et al.* and Defendants United States Department of
2  Agriculture *et al.* hereby stipulate to and respectfully request that the Court vacate the current
3  date for the case management conference, and re-set it for two weeks later.
4  The case management conference is currently scheduled for Tuesday, Nov. 27, 2007, at
5  2:00 p.m. However, the parties have requested but not yet participated in an ADR call. Further,
6  the parties anticipate that they may be able to reach agreement on many if not all matters to be
7  addressed in the case management statement required under Local Rule 16-9. *See* Declaration of
8  Marc D. Fink. If so, the Court may then determine whether to hold a case management
9  conference.
10  Accordingly, the parties respectfully request that the Court vacate the current date for the
11  case management conference, and re-set it for Tuesday, December 11, 2007, at 2:00 p.m. The
12  parties' Joint Case Management Statement would be provided to the Court no later than
13  December 4, 2007.

14  Dated: November 16, 2007.    Respectfully submitted,

16  /s/ Marc D. Fink
   Marc D. Fink, *pro hac vice*
   Attorney for Plaintiffs

18  /s/ Andrew A. Smith
   Andrew A. Smith
19  Attorney for Defendants

21  Pursuant to the stipulation of the parties, IT IS SO ORDERED.

23  Dated: November 20, 2007.

   Martin J. Jenkins
   UNITED STATES DISTRICT JUDGE



Parties' Stipulation and [Proposed] Order re: Case Management Conference, 07-3831 SMJ    Page 1