Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471
Fax: 541-485-2457
frost@westernlaw.org

Marc D. Fink, *pro hac vice*
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
mfink@biologicaldiversity.org

Lisa T. Belenky (CA Bar No. 203225)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, California 94103
Tel: 415-436-9682 x 307
Fax: 415-436-9683
lbelenky@biologicaldiversity.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al* | Case No: C07-CV-03831-MJJ |
| Plaintiffs, | **PLAINTIFFS' ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, and UNITES STATES FOREST SERVICE, | |
| Defendants. | |

1   Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that
2   he or she has:
3   (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of*
4   *California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;
5   (2) Discussed the available dispute resolution options provided by the Court and private
6   entities; and
7   (3) Considered whether this case might benefit from any of the available dispute resolution
8   options.

| | |
|---|---|
| Dated: 12/4/07 | /s/ Joseph Bower<br>Joseph Bower<br>Citizens for Better Forestry |
| Dated: 12/4/07 | /s/ Scott Greacen<br>Scott Greacen<br>Environmental Protection Information Center |
| Dated: 12/4/07 | /s/ Cameron Naficy<br>Cameron Naficy<br>Wild West Institute |
| Dated: 12/4/07 | /s/ Emily Platt<br>Emily Platt<br>Gifford Pinchot Task Force |
| Dated: 12/4/07 | /s/ Tim Coleman<br>Tim Coleman<br>Kettle Range Conservation Group |
| Dated: 12/4/07 | /s/ Ron Mitchell<br>Ron Mitchell<br>Idaho Sporting Congress |
| Dated: 12/4/07 | /s/ Gary MacFarlane<br>Gary MacFarlane<br>Friends of the Clearwater |
| Dated: 12/4/07 | /s/ Kevin Mueller<br>Kevin Mueller<br>Utah Environmental Congress |
| Dated: 12/4/07 | /s/ Josh Laughlin<br>Josh Laughlin<br>Cascadia Wildlands Project |

| | | |
|---|---|---|
| 1 | Dated: 12/4/07 | /s/ George Sexton |
| 2 | | George Sexton<br>Klamath Siskiyou Wildlands Center |
| 3 | Dated: 12/4/07 | /s/ Tracy Davids |
| 4 | | Tracy Davids<br>Southern Appalachian Biodiversity Project |
| 5 | Dated: 12/4/07 | /s/ Andy Stahl |
| 6 | | Andy Stahl<br>Forest Service Employees for Env. Ethics |
| 7 | Dated: 12/4/07 | /s/ Mike Peterson |
| 8 | | Mike Peterson<br>The Lands Council |
| 9 | Dated: 12/4/07 | /s/ Peter M.K. Frost |
| 10 | | Peter M.K. Frost<br>Western Environmental Law Center |
| 11 | Dated: 12/4/07 | /s/ Marc D. Fink |
| 12 | | Marc D. Fink<br>Center for Biological Diversity |
| 13 | Dated: 12/4/07 | /s/ Lisa T. Belenky |
| 14 | | Lisa T. Belenky<br>Center for Biological Diversity |

Dated this 4th day of December, 2007.     Respectfully submitted,

/s/ Peter M.K. Frost
Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471
Fax: 541-485-2457
frost@westernlaw.org

Marc D. Fink, *pro hac vice*
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
mfink@biologicaldiversity.org

Lisa T. Belenky (CA Bar No. 203225)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, California 94103

Tel: 415-436-9682 x 307
Fax: 415-436-9683
lbelenky@biologicaldiversity.org

Attorneys for Plaintiffs