Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471
Fax: 541-485-2457
frost@westernlaw.org

Marc D. Fink, *pro hac vice*
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Lisa T. Belenky
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103
Tel: 415-436-9682 x 307
Fax: 415-436-9683
lbelenky@biologicaldiversity.org

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | Civ. No. 07-3831-MJJ <br><br> PARTIES' STIPULATION AND [PROPOSED] ORDER RE: TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE |

1    Plaintiffs Citizens for Better Forestry *et al.* and Defendants United States Department of
2    Agriculture *et al.* hereby stipulate to and respectfully request that the Court allow counsel for the
3    parties' to appear by telephone at the case management conference scheduled for Tuesday,
4    December 11, 2007, at 2 p.m.

5    Counsel for Plaintiffs and Defendants make this request because (1) under the parties'
6    recently-filed joint case management conference statement, they have relatively few differences
7    about how the case should proceed, and (2) counsel for both parties would otherwise have to
8    travel long distances to attend what may be a relatively brief case management conference.

9    If the Court allows counsel to appear by phone, they may be reached at: Counsel for
10   Plaintiffs, Pete Frost, 541-485-2471; Counsel for Defendants, Andrew Smith, 505-224-1468.

11

12       Dated: December 5, 2007.                    Respectfully submitted,

13

14                                                   /s/ Peter M.K. Frost
                                                     Peter M.K. Frost, *pro hac vice*
                                                     Attorney for Plaintiffs
15

16                                                   /s/ Andrew A. Smith
                                                     Andrew A. Smith
17                                                   Attorney for Defendants

18

19   Pursuant to the stipulation of the parties, IT IS SO ORDERED.

20

21       Dated: December __, 2007.                   _____
                                                     Martin J. Jenkins
22                                                   UNITED STATES DISTRICT JUDGE

23

24

25

26

27

Parties' Stipulation and [Proposed] Order re: Telephonic Appearance at CMC, 07-3831-MJJ              Page 1