Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471
Fax: 541-485-2457
frost@westernlaw.org

Marc D. Fink, *pro hac vice*
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Lisa T. Belenky
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103
Tel: 415-436-9682 x 307
Fax: 415-436-9683
lbelenky@biologicaldiversity.org

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*, | Civ. No. 07-3831-MJJ |
| Plaintiffs, | PARTIES' STIPULATION AND |
| v. | ~~[PROPOSED]~~ ORDER RE: TELEPHONIC APPEARANCE AT |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | CASE MANAGEMENT CONFERENCE |
| Defendants. | |

1  Plaintiffs Citizens for Better Forestry *et al.* and Defendants United States Department of
2  Agriculture *et al.* hereby stipulate to and respectfully request that the Court allow counsel for the
3  parties' to appear by telephone at the case management conference scheduled for Tuesday,
4  December 11, 2007, at 2 p.m.

5  Counsel for Plaintiffs and Defendants make this request because (1) under the parties'
6  recently-filed joint case management conference statement, they have relatively few differences
7  about how the case should proceed, and (2) counsel for both parties would otherwise have to
8  travel long distances to attend what may be a relatively brief case management conference.

9  ~~If the Court allows counsel to appear by phone, they may be reached at: Counsel for~~
10  ~~Plaintiffs, Pete Frost, 541-485-2471; Counsel for Defendants, Andrew Smith, 505-224-1468~~.
11  Both parties shall appear by phone; plaintiffs' counsel to initial the call.

12  Dated: December 5, 2007.                    Respectfully submitted,

14                                              /s/ Peter M.K. Frost
                                                Peter M.K. Frost, *pro hac vice*
                                                Attorney for Plaintiffs

16                                              /s/ Andrew A. Smith
                                                Andrew A. Smith
17                                              Attorney for Defendants

19  Pursuant to the stipulation of the parties, IT IS SO ORDERED.

21  Dated: December 7, 2007.                    _____
                                                Martin J. Jenkins
22                                              UNITED STATES DISTRICT JUDGE

