RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

ANDREW A. SMITH
Trial Attorney (SBN 8341 (NM))
U.S. Department of Justice
Natural Resources Section
c/o U.S. Attorneys Office
P.O. Box 607
Albuquerque, New Mexico 87103
Tel: (505) 224-1468
Fax: (505) 346-7205
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Federal Defendants. | Civ. No. 07-3831-MJJ <br><br> THE PARTIES' STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR CROSS-MOTIONS ON SUMMARY JUDGMENT |

    Pursuant to the Court's direction at the December 11, 2007 Case Management Conference, Plaintiffs Citizens for Better Forestry *et al.* and Federal Defendants United States Department of Agriculture *et al.* hereby stipulate to and respectfully request that the Court adopt the following briefing schedule for the Parties' cross-motions for summary judgment:

    1)    On or before December 31, 2007, Federal Defendants will certify and lodge a copy of the April 27, 2007 U.S.D.A. Forest Service decision/memorandum at issue in this case;

1  2) On or before January 25, 2008, Plaintiffs will file a motion for summary judgment
2     and memorandum in support;
3  3) On or before March 21, 2008, Federal Defendants will file a cross-motion for
4     summary judgment and a single, combined memorandum in support of Federal
5     Defendants' motion for summary judgment and in response to Plaintiffs' motion
6     for summary judgment;
7  4) On or before April 11, 2008, Plaintiffs will file a single, combined reply
8     memorandum in support of Plaintiffs' motion for summary judgment and in
9     response to Federal Defendants' motion for summary judgment;
10 5) On or before May 9, 2008, Federal Defendants will file a reply memorandum in
11    support of Federal Defendants' motion for summary judgment;
12 6) On Tuesday, June 10, 2008 at 1:30 p.m. in Courtroom 11, 19th Floor, the Court
13    will hold a status conference on the Parties' cross-motions for summary judgment.

15 Dated: December 11, 2007.                    Respectfully submitted,

17                                              /s/ Peter M.K. Frost
                                                Peter M.K. Frost, *pro hac vice*
                                                Attorney for Plaintiffs

19                                              /s/ Andrew A. Smith
                                                Andrew A. Smith
20                                              Attorney for Defendants

22 Pursuant to the stipulation of the Parties, IT IS SO ORDERED.

25     Dated:  December ____, 2007.
                                                _____
                                                Martin J. Jenkins
26                                              UNITED STATES DISTRICT JUDGE