UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CIVIL MINUTES*

**Judge:** **MARTIN J. JENKINS**

**Date**: December 11, 2007

**Case No:** C 07-03831 MJJ

**Case Title**: CITIZENS FOR A BETTER FORESTRY, et al.  v.  U.S. DEPT. OF AGRICULTURE, et al.

**Appearances:**

    For Plaintiff(s): Peter Frost

    For Defendant(s): Andrew Smith

**Deputy Clerk**:  Rowena B. Espinosa        **Court Reporter**: not reported

### *PROCEEDINGS*

1.  Telephonic Case Management Conference - held

### *SUMMARY*

- Cross motions for summary judgment to be heard in July 2008.
- Parties to file stipulation and proposed order re: briefing schedule on 12/14/07.