RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

ANDREW A. SMITH
Trial Attorney (SBN 8341 (NM))
U.S. Department of Justice
Natural Resources Section
c/o U.S. Attorneys Office
P.O. Box 607
Albuquerque, New Mexico 87103
Tel: (505) 224-1468
Fax: (505) 346-7205
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Federal Defendants. | Civ. No. 07-3831-MJJ <br><br> THE PARTIES' STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR CROSS-MOTIONS ON SUMMARY JUDGMENT |

Pursuant to the Court's direction at the December 11, 2007 Case Management Conference, Plaintiffs Citizens for Better Forestry *et al.* and Federal Defendants United States Department of Agriculture *et al.* hereby stipulate to and respectfully request that the Court adopt the following briefing schedule for the Parties' cross-motions for summary judgment:

1) On or before December 31, 2007, Federal Defendants will certify and lodge a copy of the April 27, 2007 U.S.D.A. Forest Service decision/memorandum at issue in this case;

2)  On or before January 25, 2008, Plaintiffs will file a motion for summary judgment and memorandum in support;

3)  On or before March 21, 2008, Federal Defendants will file a cross-motion for summary judgment and a single, combined memorandum in support of Federal Defendants' motion for summary judgment and in response to Plaintiffs' motion for summary judgment;

4)  On or before April 11, 2008, Plaintiffs will file a single, combined reply memorandum in support of Plaintiffs' motion for summary judgment and in response to Federal Defendants' motion for summary judgment;

5)  On or before May 9, 2008, Federal Defendants will file a reply memorandum in support of Federal Defendants' motion for summary judgment;

6)  On Tuesday, June 10, 2008 at 2:00 p.m. in Courtroom 11, 19th Floor, the Court will hold a status conference on the Parties' cross-motions for summary judgment.

Dated: December 11, 2007.               Respectfully submitted,

/s/ Peter M.K. Frost
Peter M.K. Frost, *pro hac vice*
Attorney for Plaintiffs

/s/ Andrew A. Smith
Andrew A. Smith
Attorney for Defendants

Pursuant to the stipulation of the Parties, IT IS SO ORDERED.

Dated:  December __13__, 2007.

Martin J. Jenkins
UNITED STATES

*Judge Martin J. Jenkins — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA (seal)*