Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471
Fax: 541-485-2457
frost@westernlaw.org

Marc D. Fink, *pro hac vice*
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
mfink@biologicaldiversity.org

Lisa T. Belenky
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103
Tel: 415-436-9682 x 307
Fax: 415-436-9683
lbelenky@biologicaldiversity.org

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*, | Civ. No. 07-3831-MJJ |
| Plaintiffs, | PLAINTIFFS' NOTICE OF NAME CHANGE AND SUBSTITUTION OF PARTIES CONSISTENT WITH FRCP 25 |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | |
| Defendants. | |

1   Plaintiffs hereby give notice that plaintiff Southern Appalachian Biodiversity Project has
2 changed its name to Wild South.  Consistent with FRCP 25, Wild South shall be substituted for
3 Southern Appalachian Biodiversity Project.  By this notice plaintiffs request that the Court and
4 parties update their records to reflect Wild South as a plaintiff.

6   Dated: January 8th, 2008.        Respectfully submitted,

9   /s/ Peter M.K. Frost
    Peter M.K. Frost, *pro hac vice*
    Western Environmental Law Center
10  1216 Lincoln Street
    Eugene, Oregon 97401
11  Tel: 541-485-2471
    Fax: 541-485-2457
12  frost@westernlaw.org

13  Marc D. Fink, *pro hac vice*
    Center for Biological Diversity
14  4515 Robinson Street
    Duluth, Minnesota 55804
15  Tel: 218-525-3884
    Fax: 218-525-3857
16  mfink@biologicaldiversity.org

17  Lisa T. Belenky
    Center for Biological Diversity
18  1095 Market Street, Suite 511
    San Francisco, CA 94103
19  Tel: 415-436-9682 x 307
    Fax: 415-436-9683
20  lbelenky@biologicaldiversity.org

21  Attorneys for Plaintiffs