RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

ANDREW A. SMITH
Trial Attorney (SBN 8341 (NM))
U.S. Department of Justice
Natural Resources Section
c/o U.S. Attorneys Office
P.O. Box 607
Albuquerque, New Mexico 87103
Tel: (505) 224-1468
Fax: (505) 346-7205
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, *et al.*, <br><br>        Plaintiffs, <br><br>  v. <br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br>        Federal Defendants. | Civ. No. 07-3831-SBA <br><br> THE PARTIES' STIPULATION AND [PROPOSED] ORDER RE: 30-DAY STAY OF BRIEFING SCHEDULE FOR CROSS-MOTIONS ON SUMMARY JUDGMENT |

In their March 3, 2008 Joint Case Management Statement, Dkt. No. 36, the Parties noted that Plaintiffs' position is that this case challenges Federal Defendants' April 27, 2007, decision to reinstate and implement the 2000 National Forest Management Act planning rule, following this Court's decision on March 30, 2007 setting aside the 2005 planning rule. *See Citizens for Better Forestry v. U.S. Dept. of Agriculture*, 481 F. Supp.2d 1059 (N. D. Cal. 2007). Federal

1  Defendants' position is that Plaintiffs improperly challenge an April 27, 2007 "memorandum"
2  advising the National Forests that the 2000 planning rule went into effect after this Court's March
3  30, 2007 decision.
4      In their March 3, 2008 Joint Case Management Statement, the Parties also noted that on
5  February 7, 2008, Federal Defendant U.S.D.A. Forest Service released a Final Environmental
6  Impact Statement for a new 2008 proposed planning rule and that Federal Defendants expect that
7  the new 2008 final planning rule will be published in the Federal Register in mid-March, 2008.
8  The Parties noted that Federal Defendants intend to seek dismissal of this case as moot once the
9  2008 final planning rule is promulgated.
10     Upon further discussion, the Parties now agree that, in light of these developments, the
11 remaining dates set forth in the December 13, 2007 stipulated briefing schedule on the Parties'
12 cross-motions for summary judgment, Dkt. No. 30, should be stayed for 30 days.  Federal
13 Defendants' opening summary judgment papers are presently due on March 21, 2008.  A stay will
14 allow the Parties time to consider how this litigation should proceed if the new 2008 final
15 planning rule is promulgated by the end of March, as Federal Defendants anticipate it will be.
16     FOR THE FOREGOING REASONS the Parties hereby stipulate and agree to, and
17 respectfully request the Court to adopt, a 30-day stay of the remaining dates set forth in the
18 December 13, 2007 stipulated briefing schedule on the Parties' cross-motions for summary
19 judgment, Dkt. No. 30.
20
21     Dated March 10, 2008.    Respectfully submitted,
22
23     /s/ Andrew A. Smith
       Andrew A. Smith
24     Trial Attorney (SBN 8341 (NM))
       United States Department of Justice
25     Environment and Natural Resources Division
       Natural Resources Section
26     c/o U.S. Attorneys Office, P.O. Box 607
       Albuquerque, New Mexico 87103
27     Tel: (505) 224-1468
       Fax: (505) 346-7205

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

andrew.smith@usdoj.gov

*Attorney for Federal Defendants*


/s/ Peter M.K. Frost
Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471
Fax: 541-485-2457
frost@westernlaw.org

Marc D. Fink, *pro hac vice*
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
mfink@biologicaldiversity.org

*Attorneys for Plaintiffs*


Pursuant to the stipulation of the Parties, IT IS SO ORDERED.


Dated:  March ____, 2008.

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge