UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date:3/12/08

C-07-03831 SBA            JUDGE: **SAUNDRA BROWN ARMSTRONG**

Title: **CITIZENS FOR BETTER FORESTRY ET AL** vs. **UNITED STATES DEPARTMENT OF AGRICULTURE ET AL**

**Atty.:** **PETE FROST**              **ANDREW SMITH**

           **MARK FINK**

**Deputy Clerk:** Lisa R. Clark        **Court Reporter:** NOT REPORTED

**PROCEEDINGS**
Plt   DFT
( )   ( ) 1. **TELEPHONE CASE MANAGEMENT CONFERENCE - HELD**
( )   ( ) 2.
( )   ( ) 3.
( )   ( ) 4.
( ) **Motion(s)**    ( ) **Granted**    ( ) **Denied**    ( ) **Off Calendar**
              ( ) **Granted/Part**   ( ) **Denied/Part**   ( ) **Submitted**
( ) **Order to be prepared by** ( ) **Plaintiff** ( )**Deft** () **Court**

**RESULT OF CASE MANAGEMENT CONFERENCE**
**Case Continued to 4/24/08       for a Telephone Case Management Conference at 3:15 p.m.**
**Notes:** PLAINTIFF IS GOING TO WITHDRAW HIS MOTION FOR SUMMARY JUDGMENT FILED WHEN THIS CASE WAS ASSIGNED TO JUDGE JENKINS AND THE ORDER SETTING BRIEFING ON THAT MOTION IS VACATED; PARTIES TO MEET AND CONFER AND FILE A JOINT CASE MANAGEMENT STATEMENT 10 DAYS IN ADVANCE OF THE NEXT CMC WITH SCHEDULING SUGGESTIONS

cc: