Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471
Fax: 541-485-2457
frost@westernlaw.org

Marc D. Fink, *pro hac vice*
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
mfink@biologicaldiversity.org

Lisa T. Belenky (CA Bar No. 203225)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, California 94103
Tel: 415-436-9682 x 307
Fax: 415-436-9683
lbelenky@biologicaldiversity.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR BETTER FORESTRY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPT. OF AGRICULTURE, et al.,<br><br>    Federal Defendants. | Case No: C-07-3831-SBA<br><br>**STIPULATION OF DISMISSAL** |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate to the dismissal without prejudice of all claims in Plaintiffs' July 26, 2007, Complaint. The parties further agree and stipulate that each party is responsible for its own attorneys' fees and costs concerning this case.

**For Plaintiffs:**

Dated this 11th day of April, 2008.

/s/ Marc D. Fink
Marc D. Fink, *pro hac vice*
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
mfink@biologicaldiversity.org

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-485-2471
Fax: 541-485-2457
frost@westernlaw.org

Lisa T. Belenky (CA Bar No. 203225)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, California 94103
Tel: 415-436-9682 x 307
Fax: 415-436-9683
lbelenky@biologicaldiversity.org


**For Federal Defendants:**

Dated this 11th day of April, 2008.

/s/ Andrew A. Smith
Andrew A. Smith
Trial Attorney (SBN 8341 (NM))
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
c/o U.S. Attorneys Office, P.O. Box 607
Albuquerque, New Mexico 87103
Tel: (505) 224-1468
Fax: (505) 346-7205
andrew.smith@usdoj.gov

Attorney for Federal Defendants